UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.: 25-10096-LRC |
| FELICITA MICHELE WRIGHT, ) | |
| ) | CHAPTER 13 |
| DEBTOR. ) | |
| ) | JUDGE LISA RITCHEY CRAIG |
| ------------------------------------------------------------ ) | |
| ) | |
| MELISSA J. DAVEY, ) | |
| STANDING CHAPTER 13 TRUSTEE, ) | |
| Movant, ) | |
| ) | |
| v. ) | CONTESTED MATTER |
| ) | |
| FELICITA MICHELE WRIGHT, ) | |
| Respondent. ) | |
| ------------------------------------------------------------ ) | |

**CHAPTER 13 TRUSTEE'S**
**OBJECTION TO CONFIRMATION & MOTION TO DISMISS**

Melissa J. Davey, Chapter 13 Trustee, objects to confirmation of the plan and moves to dismiss this case pursuant to 11 U.S.C. Section 1307(c) for the following reasons:

1. As unsecured creditors will receive less than in a Chapter 7 liquidation, the Plan does not conform to 11 U.S.C. Section 1325(a)(4).

2. The Debtor has failed to pay the Chapter 13 Plan payments to the Trustee as required by 11 U.S.C. Section 1326.

3. The Debtor should provide an accounting as to how Debtor spent the tax refund of approximately $9,596.00 that was received prior to filing and any proof of the internal revenue service offset. Any remaining funds should be immediately contributed to the case, and the Plan should be amended to provide for the contribution of future tax refunds as required by 11 U.S.C. Sections 1325(a)(3) and 1325(b)(1)(B).

4. The Plan appears to be infeasible, as Debtor has failed to pay the

post-petition monthly mortgage payments. 11 U.S.C. Section 1325(a)(6).

5. The Debtor should provide proof of the fair market value of real property commonly known as 115 White Road so the Trustee may conduct a hypothetical liquidation analysis. 11 U.S.C. Sections 1325(a)(3) and 1325(a)(4). Trustee notes a Zillow.com value of $425,200.00 on the property.

6. Due to a change in circumstances since filing, Schedules I and J do not correctly reflect the current financial situation, preventing the Trustee from evaluating feasibility. 11 U.S.C. Section 1325(a)(6). Pursuant to Debtor's testimony, Debtor is no longer working with Common Spirit Health and now doing part-time work with Atulo Health.

7. The Debtor's Chapter 13 Plan fails to provide for an increase in plan payments when the direct payments of $566.80 per month end for Debtor's Titlemax payment in possible violation of 11 U.S.C. Sections 1325(a)(3), 1325(b)(1)(B) and 1325(b)(2)(A).

8. The Chapter 13 Plan fails to treat the scheduled secured claim of Titlemax in violation of 11 U.S.C. Sections 1322(a)(2) and/or 1325(a)(5).

9. The Trustee requests documentation of the expense in the amount of $691.00 for Bridgecrest on line 13e of the Form 122C-2 and the expense in the amount of $566.80 per month for Titlemax on line 33d of the Form 122C-2 in order to determine whether these expenses are reasonable and necessary. 11 U.S.C. Sections 707(b)(2)(A)(ii)(I) and/or (II) and/or (IV) and/or (V).

10. The Debtor's proposal to pay $566.80 for Titlemax appears to be excessive and unnecessary for the maintenance or support of the Debtor or dependents in this zero percent (0%) composition Plan in violation of 11 U.S.C. Sections 1325(a)(3) and 1325(b)(2)(A).

Wherefore, the Trustee moves this Honorable Court to consider the above objections at the confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case pursuant to 11 U.S.C. Section 1307(c), and for such other and further relief that this Court deems just and proper.

Dated:  March 13, 2025

/s/Taylor S. Mansell
Taylor S. Mansell
Attorney for the Chapter 13 Trustee
GA Bar No. 940461
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone:     (678) 510-1444
Facsimile:  (678) 510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 25-10096-LRC |
| | ) | |
| FELICITA MICHELE WRIGHT, | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | JUDGE LISA RITCHEY CRAIG |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Objection to Confirmation & Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
SAEDI LAW GROUP, LLC.

I further certify that on this day I caused a copy of this document to be served via first class mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR:

FELICITA MICHELE WRIGHT
115 WHITE ROAD
FAYETTEVILLE, GA  30214

Dated: March 13, 2025                        /s/Taylor S. Mansell
                                             Taylor S. Mansell
                                             Attorney for the Chapter 13 Trustee
                                             GA Bar No. 940461
                                               233 Peachtree Street, NE, Suite 2250
                                             Atlanta, GA 30303
                                             Telephone:     (678) 510-1444
                                             Facsimile:  (678) 510-1450
                                             mail@13trusteeatlanta.com